UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 99-CR-00260-PAS

UNITED STATES OF AMERICA,

v.

MANUEL MANNY MARTEL,
Defendant.
_____/

## ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

This matter is before the Court on Defendant Manuel Manny Martel's ("Defendant") *pro se* Motion for Early Termination of Supervised Release [DE 65]. The Government submitted its Response in Opposition to Defendant's Motion [DE 66]. The Government's Response states that Defendant's United States Probation Officer ("USPO") also opposes Defendant's Motion. DE 66 at 5. The Court has considered the Motion, the Response, the record, Defendant's conduct since release, and the 18 U.S.C. § 3553(a) factors. Based on the foregoing and for the reasons below, the Motion for Early Termination of Supervised Release must be DENIED.

I. BACKGROUND

In December 1998 and March 1999, at the direction of law enforcement, a confidential informant purchased a total of approximately 750 grams of cocaine from Defendant. DE 47 at 1. A search of Defendant's residence revealed approximately nine and a half kilograms of cocaine, more than $389,000 in cash, and a firearm. *Id.* at 1-2. On January 20, 2015, Defendant was sentenced to 120 months' imprisonment and five years of supervised release, after pleading guilty to

1

one count of possession with intent to distribute five kilograms or more of cocaine. DE 53 at 1-3. In Defendant's Judgment, the Court noted that it "will consider early termination of supervision, after the defendant has completed thirty-eight (38) months of exemplary compliance of the terms and conditions of supervised release." *Id.* at 3. To date, Defendant served fifteen months of his five years' supervised release. DE 65 at 2.

Defendant states in his Motion [DE 65] that he "is seeking early termination of his supervised release so he may travel to Cuba to visit his two sons and family that live there and also to seek better opportunities in different parts of the United States or another Country." *Id.* at 3. He notes that he is currently unemployed due to his medical condition, although he had stable employment at one point during his term of supervision. *Id.* at 2. He mentions his engagement in prosocial activities and that the support he has from his community and church will enable him to remain lawful beyond his term of supervision. *Id.* at 2-3.

Defendant also refers to his consultation with his "the supervising probation officer who has indicated that she has no objections." *Id.* at 2. However, the Government in its Response contends that Defendant's current USPO, with whom Government counsel spoke, "advises that while the defendant has been compliant, he would oppose the defendant's motion for early termination." DE 66 at 5.

II. DISCUSSION

A term of supervised release is part of a defendant's sentence. However, pursuant to 18 U.S.C. §3583(e)(1), a court may terminate supervised release after

2

one year of supervision after considering the 18 U.S.C. §3553(a) factors, defendant's conduct, and whether the interests of justice warrant such action. What is relevant is whether a defendant's conduct after release shows a significant repayment of his debt to society and a firm commitment to being a positive, law-abiding contributor to the community.

Defendant's Motion notes that he is currently unemployed due to his medical condition but fails to identify that condition. DE 65 at 2. Although he discusses his housing and familial relationships, he does not provide much specific factual detail as to his contributions to society. *Id.* Without such specifics, the court cannot engage in a thorough analysis of the factors under 18 U.S.C. §3553(a). This Court noted that it would consider early termination of supervision after 38 months of exemplary compliance with the terms and conditions of supervised release. DE 53 at 3. During the approximately 23 months until that time, Defendant needs to develop a plan with his USPO to successfully reintegrate into his community. Therefore, it is ORDERED that:

Defendant's Motion for Early Termination of Supervised Release [DE 65] is DENIED.

DONE and ORDERED at Miami, Florida, this 25th day of May, 2023.

_____
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE